IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 OCT -5 A 9:24

D. P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CARL EMMETT WYATT 211315 )
Full name and prison number )
of plaintiff(s) )
 )
 )  CIVIL ACTION NO. 2:06-cv-897-MHT
v. )  (To be supplied by Clerk of
 )  U.S. District Court)
Hon. WHIT MONCRIEF )
Hon. JOHN BUSH )
 )
_____ )
 )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action? YES ( ) NO ( )

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment? YES ( ) NO ( )

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below. (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____
           _____

           Defendant(s) _____
           _____

       2.  Court (if federal court, name the district; if
           state court, name the county) _____
           _____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Easterling Correctional Facility 200 Wallace, Dr. Clio, Alabama 36017*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Easterling Correctional Facility 200 Wallace Dr. Clio, Alabama 36017*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. *Hon. WHIT MONCRIEF - 134 N. Court St. Prattville, Al. 36067*
2. *Hon. JOHN BUSH - 134 N. Court St. Prattville, Al. 36067*
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *19-AUG. 2006*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Personnal INJUNCTION. Plantiff Filed a RULE-32 on 11 July 2006 and the Court has*

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Failed To Comply with Rule 32-7-(a) and no response or arguement To plantiff's Brief To This Date 2nd Day of october 2006. Plantiff Filed a JURISDICTIONAL DEFECT OF INDICTMENT on the 11th of July-2006 - With No response as of 2nd Oct. 2006

GROUND TWO: Plantiff Filed a motion for default Judgment on 19th August 2006 in his favor, No answer.

SUPPORTING FACTS: The Plantiff has not Recieved ony answer from The Court. as of 2-oct-2006. The plantiff's Rule-32 filed on 11th July-06 and brief Should be Ruled as True in the plantiffs favor because of no arguement of facts To briefs Facts of supporting documents.

GROUND THREE: Plantiff filed a motion for mandamus To The Court of criminal appeals.

SUPPORTING FACTS: The Court of criminal appeals Denied the motion on 12 sept. 2006. plantiff filed a motion for rehearing. Denied on 22 sept-2006

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Get Court To properly Respond to Rule 32-7-(a) so plaintiff Can Continue his Rule 32 Relief of Conviction.

_Carl E. Wyatt_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-Oct-2006
(Date)

_Carl E. Wyatt_
Signature of plaintiff(s)