RECEIVED
2006 OCT -5  A 9 25

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

~~~~ HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, **CARL EMMETT WYATT**, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( ) NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. **JAN 1999**

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?  YES ( ) NO (X)

   B. Rent payments, interest, or dividends?  YES ( ) NO (X)

   C. Pensions, annuities, or life insurance payments?  YES ( ) NO (X)

   D. Gifts or inheritances?  YES (X) NO ( )

   E. Any other sources?  YES ( ) NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. **$50.00 + $20.00 my family sent to me for personal hygiene**

3. Do you own cash, or do you have money in a checking/savings account?    YES ( )    NO (X)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )    NO (X)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

   N/A

   _Carl E. Wyatt_
   Plaintiff

STATE OF ALABAMA
COUNTY OF _____

   Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.

   _____
   NOTARY PUBLIC in and for said County,
   in said State.

(SEAL)

My commission expires _____

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Plaintiff

MD-5

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**RECEIVED**
2006 OCT -5 A 9 24

[CLERK STAMP: ...HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

CARL EMMETT WYATT 211315    )
_____    )
_____    )
_____    )
        Plaintiff(s)    )
            v.    )
                )
HON. WHIT MONCRIEF    )
HON. JOHN BUSH    )
_____    )
_____    )
        Defendant(s)    )

2:06-CV-897-MHT

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) **CARL EMMETT WYATT A.I.S 211315** moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

*Carl E. Wyatt*
Plaintiff(s) signature

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Carl E. Wyatt  9/28/06_
                    (date)

_Carl E. Wyatt_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _12_ on account to his credit at the _Easterling_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See Attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _____   on the 1st day of _____
2. $ _____   on the 1st day of _____
3. $ _____   on the 1st day of _____
4. $ _____   on the 1st day of _____
5. $ _____   on the 1st day of _____
6. $ _____   on the 1st day of _____

_Ms. Faulk, Act Clerk_
Authorized Officer of Institution

DATE _9/28/06_

Simple

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 211315    NAME: WYATT, CARL EMMETT                AS OF: 09/28/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| SEP | 2  | $0.28 | $0.00 |
| OCT | 31 | $0.28 | $0.00 |
| NOV | 30 | $0.28 | $0.00 |
| DEC | 31 | $1.91 | $20.00 |
| JAN | 31 | $0.05 | $0.00 |
| FEB | 28 | $0.03 | $0.00 |
| MAR | 31 | $0.03 | $0.00 |
| APR | 30 | $0.03 | $0.00 |
| MAY | 31 | $0.03 | $0.00 |
| JUN | 30 | $8.26 | $50.00 |
| JUL | 31 | $0.12 | $0.00 |
| AUG | 31 | $0.12 | $0.00 |
| SEP | 28 | $0.12 | $0.00 |